# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**  
BOK SIL RAH

**BANKRUPTCY NO.** 2:11–bk–24377–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–1795  
Employer Tax–Identification (EIN) No(s).(if any):  N/A  
**Debtor Dismissal Date:** 6/21/11

**Address:**  
16401 GRAND AVENUE  
BELLFLOWER, CA 90706

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,  
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)   pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: June 21, 2011

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court